# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 16-5078**　　　　　　　　　　　　　　　　　　**September Term, 2016**

**1:12-cv-01332-ABJ**

**Filed On: May 23, 2017** [1676448]

Committee on Oversight and Government
Reform, United States House of
Representatives,

   Appellant

  v.

Jeff Sessions, in his official capacity as
Attorney General of the United States,

   Appellee

## O R D E R

  Upon consideration of the joint status report and motion to continue abeyance, it is

  **ORDERED** that this case remain in abeyance pending further order of the court. The parties are directed to file a status report by June 15, 2017.

             **FOR THE COURT:**
             Mark J. Langer, Clerk

         BY: /s/
             Rebecca L. Thompson
             Deputy Clerk