**[ORAL ARGUMENT NOT SCHEDULED]**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| COMMITTEE ON OVERSIGHT AND GOVERNMENT REFORM OF THE UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>JEFFERSON B. SESSIONS III, in his official capacity as Attorney General of the United States,<br><br>Defendant-Appellee. | No. 16-5078 |

## JOINT STATUS REPORT AND
## MOTION TO CONTINUE ABEYANCE

On January 19, 2017, this Court granted Appellant's unopposed motion to hold this appeal in abeyance pending further settlement negotiations between the parties. This Court's order directed the parties to file motions to govern future proceedings by March 15, 2017. On March 14, 2017, the parties notified the Court that their settlement negotiations were ongoing and asked the Court to enter an order continuing to hold the appeal in abeyance, with a status report to be filed by May 15, 2017. The Court granted the parties' request. On May 15, 2017, the parties notified

the Court that their settlement negotiations remained ongoing and again asked the Court to enter an order continuing to hold the appeal in abeyance, with a status report due June 15, 2017.  The Court granted the parties' request.  This joint status report and motion is in response to the Court's most recent order.

The settlement discussions between the parties are continuing.  The parties have made progress, but have not completed those negotiations.  The parties therefore respectfully request that this Court enter an order continuing to hold the appeal in abeyance, with a status report to be filed by July 17, 2017.  This further abeyance will provide the parties with additional time to pursue the possibility of a negotiated resolution.

Respectfully submitted,

| /s/Thomas G. Hungar | /s/Gerard Sinzdak |
|---|---|
| Thomas G. Hungar, *General Counsel* | SCOTT R. MCINTOSH |
| Todd B. Tatelman, *Associate General Counsel* | GERARD SINZDAK |
| OFFICE OF GENERAL COUNSEL | CIVIL DIVISION |
| U.S. HOUSE OF REPRESENTATIVES | DEPARTMENT OF JUSTICE |
| 219 Cannon House Office Building | 950 Pennsylvania Ave., NW, Rm. 7242 |
| Washington, DC 20515 | Washington, D.C. 20530 |
| 202-225-9700 | 202-514-0718 |

JUNE 2017

# CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2017, I electronically filed the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system.

　　　　　　　　　　　　　　　　　　/s/ Gerard Sinzdak
　　　　　　　　　　　　　　　　　GERARD SINZDAK